**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE DENTIST INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE ST MARIE VALLEY DENTAL GROUP, P.L.L.C, a Washington professional limited liability company, formerly known as KANE, CHAN-LEE, and ST MARIE, PLLC, dba VALLEY DENTAL GROUP; LUKE EDWARD ST MARIE, D.D.S., PLLC, a Washington professional services corporation; DORIS CHAN-LEE, D.D.S., P.S., a Washington professional services corporation; LUKE EDWARD ST MARIE, D.D.S., individually; ROBERT BRIAN KANE, D.D.S. and CONNIE KANE, individually and the marital community composed thereof; DORIS CHAN-LEE, D.D.S., and JOHN DOE LEE, individually and the martial community composed thereof; and CARLON P. HURTT as Administrator/Personal Representative of the Estate of Rachel Hurtt,<br><br>Defendants. | NO. 2:21-cv-01227-RSM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT FOR DECLARATORY JUDGMENT |

STIPULATION AND ORDER FOR
EXTENSION OF TIME TO ANSWER
PLAINTIFF'S AMENDED COMPLAINT FOR    - 1 -
DECLARATORY JUDGMENT – NO. 2:21-cv-
01227-RSM

Dentist C21-1227 stip order ext time/102921 0937/8753-0001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**STIPULATION**

COME NOW the Plaintiff and Defendants Doris Chan-Lee and Doris Chan-Lee, D.D.S., P.S., and hereby stipulate that the time for these defendants to answer the plaintiff's Amended Complaint shall be extended, and these defendants' answer shall be due to be filed by December 1, 2021.

DATED this 27th day of October, 2021.    DATED this 28th day of October, 2021.

LETHER & ASSOCIATES, PLLC              BETTS, PATTERSON & MINES, P.S.

(*authorization to sign granted 10/27/21*)
By /s Eric J. Neal                               By   /s Joseph D. Hampton
   Thomas Lether, WSBA #18089         Joseph D. Hampton, WSBA # 15297
   Eric J. Neal, WSBA #31863          Betts, Patterson & Mines, P.S.
Lether & Associates, PLLC              One Convention Place, Suite 1400
1848 Westlake Ave. N., Suite 100       701 Pike Street
Seattle, WA  98019                     Seattle, WA  98101
Phone:  (206) 467-5444                 Phone:  (206) 292-9988
Email:  tlether@letherlaw.com          Email:  jhampton@bpmlaw.com
Email:  eneal@letherlaw.com            *Attorneys for Defendants Doris Chan-Lee*
*Attorneys for Plaintiff*              *and Doris Chan-Lee, D.D.S., P.S.*

**ORDER**

PURSUANT TO THE FOREGOING STIUPLATION OF COUNSEL, the time for defendants Doris Chan-Lee and Doris Chan-Lee, D.D.S., P.S. to answer the Amended Complaint is hereby extended, and the answer of Doris Chan-Lee and Doris Chan-Lee, D.D.S., P.S. shall be filed by December 1, 2021.

DATED this 29th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT FOR DECLARATORY JUDGMENT – NO. 2:21-cv-01227-RSM

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Dentist C21-1227 stip order ext time/102921 0937/8753-0001

Presented by:

BETTS, PATTERSON & MINES, P.S.

By   /s Joseph D. Hampton
   Joseph D. Hampton, WSBA # 15297
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA  98101
Phone:  (206) 292-9988
Email:  jhampton@bpmlaw.com
*Attorneys for Defendants Doris Chan-Lee
and Doris Chan-Lee, D.D.S., P.S.*

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT FOR DECLARATORY JUDGMENT – NO. 2:21-cv-01227-RSM     - 3 -

Dentist C21-1227 stip order ext time/102921 0937/8753-0001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I, Joseph D. Hampton, hereby certify that on October 29, 2021, I electronically filed the following:

- **Stipulation and [Proposed] Order for Extension of Time to Answer Plaintiff's Amended Complaint for Declaratory Judgment; and**

- **Certificate of Service;**

with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated this 29th day of October, 2021.

BETTS, PATTERSON & MINES, P.S.

By   /s Joseph D. Hampton
      Joseph D. Hampton, WSBA #15297
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:       jhampton@bpmlaw.com

*Attorneys for Defendants Doris Chan-Lee and Doris Chan-Lee, D.D.S., P.S.*

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT FOR DECLARATORY JUDGMENT – NO. 2:21-cv-01227-RSM   - 4 -

Dentist C21-1227 stip order ext time/102921 0937/8753-0001

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988