Honorable Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DENTIST INSURANCE COMPANY, a foreign insurer,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>LUKE ST MARIE VALLEY DENTAL GROUP, P.L.L.C, a Washington Professional Limited Liability Company, formerly known as KANE, CHAN-LEE, and ST MARIE, PLLC, dba VALLEY DENTAL GROUP, LUKE EDWARD ST MARIE, D.D.S., PLLC, a Washington Professional Services Corporation, DORIS CHAN-LEE, D.D.S., P.S., a Washington Professional Services Corporation, ROBERT BRIAN KANE, D.D.S., P.S., a Washington Professional Services Corporation, LUKE EDWARD ST MARIE, D.D.S., individually, ROBERT BRIAN KANE, D.D.S., and CONNIE KANE, individually and the marital community composed thereof, and DORIS CHAN-LEE, D.D.S., and JOHN DOE LEE, individually and the martial community composed thereof, and CARLON P. HURTT as Administrator/Personal Representative of the Estate of Rachel Hurtt.<br><br>　　　Defendants. | No. 2:21-cv-1227RSM<br><br>**ORDER GRANTING THE DENTIST INSURANCE COMPANY'S MOTION FOR LEAVE TO SERVE DEFENDANT LUKE EDWARD ST MARIE, D.D.S. BY PUBLICATION** |

ORDER GRANTING TDIC
MOTION TO SERVE BY PUBLICATION– 1

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Before the Court is The Dentist Insurance Company's (TDIC) Motion for Leave to Serve Defendant Luke Edward St. Marie, D.D.S. by Publication. The Court has reviewed all briefing and materials submitted by the parties, including:

1. TDIC'S Motion for Leave to Serve Defendant Luke Edward St. Marie, D.D.S by Publication, and the supporting Declaration of Eric J. Neal and exhibit attached thereto;

2. Response, if any, to Motion for Leave to Serve Defendant Luke Edward St. Marie, D.D.S. by Publication, and all declarations and exhibits attached thereto;

3. TDIC's Reply, if any, in support of Motion for Leave to Serve Defendant Luke Edward St. Marie, D.D.S. by Publication;

4. _____; and

5. _____.

The Court, having reviewed and considered the motion, the pleadings and all contents of the Court's file, hereby ORDERS that TDIC's Motion for Leave to Serve Defendant Luke Edward St. Marie, D.D.S. by Publication is GRANTED

DATED this 30th day of December, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING TDIC
MOTION TO SERVE BY PUBLICATION– 2

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  Presented by:

2  LETHER LAW GROUP

3

4  *s/ Eric Neal*
Eric Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
5  Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
6  eneal@letherlaw.com
*Attorney for Plaintiff The Dentist Insurance Company*

ORDER GRANTING TDIC
MOTION TO SERVE BY PUBLICATION– 3

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certify under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Kristin Nealey Meier
Bryan C. Graff
Helen M. Hapner
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101
kmeier@ryanlaw.com
graff@ryanlaw.com
hapner@ryanlaw.com
*Counsel for Defendants Robert Brian Kane, Connie Kane, and Robert Brian Kane DDS PS*

Joseph D. Hampton
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
jhampton@bpmlaw.com
*Counsel for Defendants Doris Chan-Lee and Doris Chan-Lee DDS PS*

John J. Polito
Law Offices of John J. Polito, PLLC
9 Lake Bellevue Drive, Suite 200
Bellevue, WA 98005
john@politolawoffices.com
gina@politolawoffices.com
*Attorney for Carlon P. Hurtt as Administrator/ Personal Rep. of Estate of Rachel Hurtt*

**By:**     [] **First Class Mail**     [X] **ECF**

DATED this 29th day of November 2021 at Seattle, Washington.

*/s/ Nico Schulz*
Nico Schulz, Paralegal

ORDER GRANTING TDIC
MOTION TO SERVE BY PUBLICATION– 4

LETHER LAW GROUP.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544