Honorable Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE DENTISTS INSURANCE COMPANY, a foreign insurer<br><br>Plaintiff,<br><br>vs.<br><br>LUKE ST MARIE VALLEY DENTAL GROUP, P.L.L.C, a Washington Professional Limited Liability Company, formerly known as KANE, CHAN-LEE, and ST MARIE, PLLC, dba VALLEY DENTAL GROUP, LUKE EDWARD ST MARIE, D.D.S., PLLC, a Washington Professional Services Corporation, DORIS CHAN-LEE, D.D.S., P.S., a Washington Professional Services Corporation, ROBERT BRIAN KANE, D.D.S., P.S., a Washington Professional Services Corporation, LUKE EDWARD ST MARIE, D.D.S., individually, ROBERT BRIAN KANE, D.D.S., and CONNIE KANE, individually and the marital community composed thereof, and DORIS CHAN-LEE, D.D.S., and JOHN DOE LEE, individually and the martial community composed thereof, and CARLON P. HURTT as Administrator/Personal Representative of the Estate of Rachel Hurtt.<br><br>Defendants. | No. 2:21-cv-1227<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CERTAIN DEFENDANTS** |

## I.     STIPULATION

Plaintiff The Dentists Insurance Company (TDIC) and Defendants Doris Chan-Lee, D.D.S., P.S, R. Brian Kane, D.D.S, P.S., Robert Brian Kane D.D.S, and Doris Chan-Lee, D.D.S, individually and including their marital communities hereby stipulate and agree that all claims asserted against those enumerated Defendants may be dismissed with prejudice and without costs or attorney fees awarded to any party.

This Stipulation shall have no impact on TDIC's claims against named Defendants Luke St. Marie Valley Dental Group, P.L.L.C and/or Luke Edward St. Marie, D.D.S.

DATED this 12th day of January, 2022.

LETHER LAW GROUP

/s/ Thomas Lether
Thomas Lether, WSBA #18089
/s/ Eric J. Neal
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for The Dentists Insurance Company*

RYAN, SWANSON & CLEVELAND, PLLC

s/ Bryan Graff
Kristin Nealey Meier, WSBA #33562
Bryan C. Graff, WSBA #38553
Helen M. Hapner, WSBA #55498
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101
kmeier@ryanlaw.com
graff@ryanlaw.com
hapner@ryanlaw.com

1
2  *Counsel for Defendants Robert Brian Kane,*
3  *Connie Kane, and Robert Brian Kane DDS PS*

4  BETTS, PATTERSON & MINES, P.S.

5
6  s/ Joseph Hampton
   Joseph D. Hampton, WSBA # 15297
7  Betts, Patterson & Mines, P.S.
   One Convention Place, Suite 1400
8  701 Pike Street
   Seattle, WA 98101
   jhampton@bpmlaw.com
9  *Counsel for Defendants Doris Chan-Lee and*
10 *Doris Chan-Lee DDS PS*

11
12 LAW OFFICES OF JOHN J. POLITO, LLC

13
14 s/ John Polito
   John J. Polito, WSBA #18150
   Law Offices of John J. Polito, PLLC
15 9 Lake Bellevue Drive, Suite 200
   Bellevue, WA 98005
16 john@politolawoffices.com
   gina@politolawoffices.com
17 *Attorney for Carlon P. Hurtt as Administrator/*
18 *Personal Rep. of Estate of Rachel Hurtt*

19
20
21
22
23

STIPULATION AND ORDER OF DISMISSAL OF CERTAIN DEFENDANTS – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II. Order

Based on the foregoing Stipulation, it is hereby ORDERED that all claims against Defendants Doris Chan-Lee, D.D.S., P.S, R. Brian Kane, D.D.S, P.S., Robert Brian Kane D.D.S, and Doris Chan-Lee, D.D.S, individually and including their marital communities are hereby dismissed with prejudice and without an award of costs or fees to any party.

This Order has no effect on TDIC's claims against Defendants Luke St. Marie Valley Dental Group, P.L.L.C and/or Luke Edward St. Marie, D.D.S.

DATED this 19th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LETHER LAW GROUP

/s/ Thomas Lether
Thomas Lether, WSBA #18089
/s/ Eric J. Neal
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for The Dentists Insurance Company*

Approved as to form by:

RYAN, SWANSON & CLEVELAND, PLLC


s/ Bryan Graff
Kristin Nealey Meier, WSBA #33562
Bryan C. Graff, WSBA #38553
Helen M. Hapner, WSBA #55498
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101
kmeier@ryanlaw.com
graff@ryanlaw.com
hapner@ryanlaw.com
*Counsel for Defendants Robert Brian Kane,*
 *Connie Kane, and Robert Brian Kane DDS PS*


BETTS, PATTERSON & MINES, P.S.


s/ Joseph Hampton
Joseph D. Hampton, WSBA # 15297
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
jhampton@bpmlaw.com
*Counsel for Defendants Doris Chan-Lee and*
*Doris Chan-Lee DDS PS*


LAW OFFICES OF JOHN J. POLITO, LLC


s/ John Polito
John J. Polito, WSBA #18150
Law Offices of John J. Polito, PLLC
9 Lake Bellevue Drive, Suite 200
Bellevue, WA 98005
john@politolawoffices.com
gina@politolawoffices.com
*Attorney for Carlon P. Hurtt as Administrator/*
*Personal Rep. of Estate of Rachel Hurtt*

STIPULATION AND ORDER OF DISMISSAL
OF CERTAIN DEFENDANTS – 5

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certify under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Kristin Nealey Meier
Bryan C. Graff
Helen M. Hapner
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101
kmeier@ryanlaw.com
graff@ryanlaw.com
hapner@ryanlaw.com
*Counsel for Defendants Robert Brian Kane,*
*Connie Kane, and Robert Brian Kane DDS PS*

Joseph D. Hampton
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
jhampton@bpmlaw.com
*Counsel for Defendants Doris Chan-Lee and*
*Doris Chan-Lee DDS PS*

John J. Polito
Law Offices of John J. Polito, PLLC
9 Lake Bellevue Drive, Suite 200
Bellevue, WA 98005
john@politolawoffices.com
gina@politolawoffices.com
*Attorney for Carlon P. Hurtt as Administrator/*
*Personal Rep. of Estate of Rachel Hurtt*

**By:**      [ ] **First Class Mail**      [X] **ECF**

DATED this 12th day of January, 2022 at Seattle, Washington.

　　　　　　　　　　　　　　　　*/s/ Nico Schulz*　　　　
　　　　　　　　　　　　　　　　Nico Schulz, Paralegal

STIPULATION AND ORDER OF DISMISSAL
OF CERTAIN DEFENDANTS – 6

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544