## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| THE DENTIST INSURANCE COMPANY<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>LUKE ST. MARIE VALLEY DENTAL GROUP, P.L.L.C. et al.<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:21-cv-01227-JHC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　Default judgment against Defendants Luke Edward St. Marie, D.D.S. and Luke St. Marie Valley Dental Group, P.L.L.C. is granted.  The Dentist Insurance Company ("TDIC") owes no coverage for claims asserted against Luke Edward St. Marie, D.D.S., and Luke St. Marie Valley Dental Group, P.L.L.C. in the lawsuit entitled:

> *Carlon P. Hurtt v. Luke St. Marie Valley Dental Group, P.L.L.C., Doris Chan-Lee, D.D.S., P.S., Robert Brian Kane, D.D.S., P.S., Luke Edward St. Marie, D.D.S., Robert Brian Kane, D.D.S., and Connie Kane, Doris Chan-Lee, D.D.S., and John Doe Lee,* Superior Court for the State of Washington for King County, No. 21-2-08644-2 KNT ("Underlying Lawsuit").

　　　Specifically, TDIC owes no defense or indemnity obligations and may withdraw from defense of the Underlying Lawsuit.

Dated June 7, 2022.

                                    Ravi Subramanian
                                    Clerk of Court

                                  */s/Ashleigh Drecktrah*
                                  Deputy Clerk